UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-03963-JFW (AS) | Date | November 8, 2024 |
|---|---|---|---|
| Title | Jeff Geddes v. Solokolov, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **ORDER TO SHOW CAUSE**

On May 10, 2024, Petitioner Jeff Geddes ("Petitioner"), a California inmate proceeding *pro se*, filed a Petition for Writ of Habeas Corpus, which is construed as a petition filed pursuant to 28 U.S.C. § 2254 ("Petition"). (Dkt. No. 1). Petitioner seeks relief from his November 2023 robbery conviction in Los Angeles County Superior Court Case No. YA108514, pursuant to a nolo contendere plea, for which he was sentenced in March 2024 to four years in state prison. (See Petition at 2). Liberally construed, the Petition vaguely claims his conviction was unlawful due to insufficient credible evidence and ineffective assistance of counsel. (See id. at 2).

On August 30, 2024, the Court issued an Order directing Petitioner to address the defects in his petition by filing a motion for a stay pursuant to Rhines v. Weber, 544 U.S. 269, 277-78 (2005)], seeking a stay of the Petition while he returns to the state courts to exhaust unexhausted claims. (Dkt. No. 15). The Court's Order - a copy of which is attached to this Order - required Petitioner to make a showing of good cause for his failure to have exhausted all of his claims in state court and that the claims are not plainly meritless, and directed Petitioner to file a declaration, signed under penalty of perjury, selecting a stay pursuant to Rhines, by no later than **September 30, 2024.** Petitioner was warned that failure to timely file a response to the Court's Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b) and/or the dismissal of his petition as fully unexhausted

To date, Petitioner has failed to respond to the Court's August 30, 2024 Order, request an extension of time to do so, or communicate with the Court in any way.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **thirty (30) days** of the date of this Order (by no later than **December 9, 2024**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by filing a motion for a stay pursuant to Rhines, in accordance with the Court's Order dated August 30, 2024.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-03963-JFW (AS) | Date | November 8, 2024 |
|---|---|---|---|
| Title | Jeff Geddes v. Solokolov, et al. | | |

If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a). <u>A Notice of Dismissal form is attached for Petitioner's convenience</u>.

**Petitioner is expressly warned that failure to timely file a response to this ORDER may result in a recommendation that his Petition be dismissed as fully unexhausted and/or a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

|  |  | 0 : 0 |
|---|---|---|
|  | Initials of Preparer | AF |