JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JEFFREY GEDDES, SR., | Case No. CV 24-3963-JFW(AS) |
| Petitioner, | JUDGMENT |
| v. | |
| TORRANCE COURT, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: April 10, 2025

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE